

Prob12C (7/93)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 DEC -1

LORETTA G. WHYTE
CLERK

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

00 cr 349

**Name of Offender** : IAN C. BALLARD                **Case Number** : 0531 2:00CR00349-001D

**Name of Sentencing Judicial Officer** :   Honorable A. J. McNamara

**Offense** :   18 USC 922 (g)(1) - Felon in possession of a firearm

**Date of Sentence** :   September 17, 2003 (Supervised Release Revocation)*

**Sentence** :  Ten months in the custody of the Bureau of Prisons, followed by a supervised release term of two years.

*Original sentencing date - March 7, 2001

**Special Conditions** :

1. Drug treatment
2. Orientation and life skills

**Type of Supervision** :   Supervised Release          **Date Supervision Commenced** :  May 10, 2002

**Assistant U.S. Attorney** :   Michael Magner          **Defense Attorney** :  Virginia Schlueter

---

### PETITIONING THE COURT

[ X ]  To issue a warrant                                                                  [ ]  To issue a summons

For the arrest of Ian C Ballard for alleged violations of Supervised Release , and that he be brought before this court to answer a Rule to Show Cause Why Supervised Release Should Not Be Revoked.

---

The probation officer believes that the offender has violated the following condition (s) of supervision:

| Violation Number | Nature of Non-Compliance |
|---|---|
| Mandatory Condition | On July 3, 2004, Ballard admitted smoking marijuana. |
| | On August 31, 2004, Ballard submitted an urinalysis to personnel at the U.S. Probation Office which tested positive for marijuana. Ballard admits to smoking marijuana. |
| Standard Condition No. 3 | On August 31, 2004, Ballard failed to follow the instructions of this officer as he failed to report to the Methodist Counseling Center to register for the random urinalysis testing program. |
| | On September 22, 2004, Ballard failed to follow the instructions of this officer as he failed to report to Family Services of Greater New Orleans to register for substance abuse treatment. |
| | On November 19, 2004, Ballard failed to report to the U.S. Probation Office to submit to a urinalysis testing. |

DATE OF ENTRY
DEC - 1 2004

___ Fee_____
___ Process____
_X_ Dktd_____
_X_ CtRmDep___
___ Doc. No.___

**CUSTODIAL STATUS :**

Ballard is not in custody at this time.

_____
Michael E. Fulham
U.S. Probation Officer
November 23, 2004


REVIEWED BY:
_____
Stephanie H. Williams
Supervising U. S. Probation Officer

---

**THE COURT ORDERS**

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

_____
Date

Address of Offender:    816 N. Dorgenois
                        New Orleans, LA 70119


THE CLERK IS DIRECTED TO DISTRIBUTE COPIES TO THE FOLLOWING ONLY:
 Original    - Clerk's Office
 1 Copy Certified   - U.S. Attorney
 1 Copy Certified   - U.S. Marshal's Office
 2 Copies Certified - U.S. Probation Office

**NOTICE TO THE AUSA: DO NOT PREPARE THE RULE UNTIL AFTER THE OFFENDER APPEARS FOR THE INITIAL APPEARANCE HEARING**

