```
                                    FILED
                            U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                            2004 DEC -8  AM 8: 43

                              LORETTA G. WHYTE
                                   CLERK
```

MINUTE ENTRY
MOORE, M.J.
DECEMBER 7, 2004           UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

VERSUS                                          NO. 00-349

IAN C. BALLARD                                  SECTION "D"

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL _____ Greg Kennedy
              X / ASST. U.S. ATTORNEY William Quinlan - for
              X / PROBATION OFFICER MICHAEL FULHAM
              __ / INTERPRETER, _____, SWORN (TIME: ____.M. TO ____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ (SUMMARIZED) WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
__ / BOND SET AT _____

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
__ / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR
_____
X / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR
    December 17, 2004 at 10:00 am
X / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
    December 8, 2004 at 2:00 p.m.
X / RULE TO REVOKE SUPERVISED RELEASE WILL BE SET
    BEFORE UNITED STATES DISTRICT JUDGE A.J. MCNAMARA

DATE OF ENTRY
DEC 0 8 2004