

```
                                            FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                        2004 DEC -8 AM 8:43

                                          LORETTA G. WHYTE
                                                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

CR. NO. **00-349 D**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **O R D E R** |
|  | ) _X_/ | Appointing Counsel |
| VERSUS | ) _/ | Substituting Counsel For: |
|  | ) | _____ |
| **IAN C. BALLARD** | ) _/ | Ratifying Prior Service |
|  | _/ | Extending Appointment for Appeal |

CHARGE: <u>SUPERVISED RELEASE VIOLATIONS</u>

☐ _ Felony     _ Misdemeanor

[X] The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA LAUGHLIN SCHLUETER, FEDERAL PUBLIC DEFENDER,**
**500 POYDRAS STREET, ROOM 318, HALE BOGGS FEDERAL BUILDING**
**NEW ORLEANS, LA 70130 PHONE: (504)589-7930**

☐ Federal Public Defender is appointed for the limited purpose of:
_____

☐ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is not totally indigent.

☐ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U.S. District Court, for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

☐ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on <u>DECEMBER 7, 2004</u>.

_____
UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit-Clerk's Office (Only if defendant is ordered to pay)

DATE OF ENTRY
DEC 0 8 2004

___ Fee_____
___ Process__
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF: USA vs. Ian Ballard

FOR: 
AT: 

**LOCATION NUMBER**

PERSON REPRESENTED (Show your full name): 

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☒ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 
District Court: 00-349 D"
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Waste Management (Temporary)
- IF YES, how much do you earn per month? $ ?  $5.50 Hour
- IF NO, give month and year of last employment. How much did you earn per month? $ 
- If married is your Spouse employed? ☒ Yes  ☐ No  Just Started
- IF YES, how much does your Spouse earn per month? $ ?
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ 260/week Vista Fiber (layoff abandon) / 140.00 Food Stamps monthly

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them:
  - India (4)
  - Ian (3)
  - Ivan (2)
  - Sammy (10)

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  | Room & Board to Ms Curry | $ | $ 200.00 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 12/7/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Ian Ballard