


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL DOCKET

VERSUS                                  NO. 00-349

IAN BALLARD                             SECTION D

<u>JUDGMENT AND ORDER REVOKING SUPERVISED RELEASE</u>

On the 5th day of January, 2005, defendant, Ian Ballard appeared in court with his counsel, George Chaney, on a Rule to Show Cause why the supervised release ordered on September 17, 2003, should not be revoked, and why sentence should not be imposed on him for violation of the terms of his supervised release. At that time, the court ordered that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ten months and upon release from imprisonment, the defendant be placed on supervised release for a term of two years.

After hearing testimony, arguments and stipulations, the court finds that the defendant has violated the terms and conditions of



his aforesaid supervised release.

IT IS ORDERED the term of supervised released imposed on September 17, 2003 be and is hereby RECALLED, REVOKED AND SET ASIDE.

IT IS ADJUDGED that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirteen months.

IT IS FURTHER ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and that same shall serve as the commitment herein.

IT IS FURTHER ORDERED that the defendant is hereby REMANDED to custody the United States Marshal.

New Orleans, Louisiana, this __5__ day of January, 2005.

_____
UNITED STATES DISTRICT JUDGE